# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1086. BRYANT v. THE STATE.

In 2021, Gregory Bryant filed a second motion for an out-of-time appeal in connection with his 2003 guilty plea to voluntary manslaughter and aggravated assault.[1] The trial court dismissed the motion, and Bryant filed this appeal. The State moves to dismiss this appeal.

In *Cook v. State*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). Bryant, therefore, "had no right to file a motion for an out-of-time appeal in the trial court." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022). Accordingly, the State's motion to dismiss this appeal is GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/29/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.

---

[1] Bryant filed his initial motion for an out-of-time appeal in 2018. The trial court denied the motion, and this Court affirmed.